PAULA T. DOW
Attorney General of New Jersey
R.J. Hughes Justice Complex
PO Box 112
Trenton, New Jersey  08625
Attorney for Defendants, State of New Jersey and the New Jersey
     Division of State Police

By:  Vincent J. Rizzo, Jr.
     Deputy Attorney General
     (609)292-8582

```
               UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
                   VICINAGE OF CAMDEN
```

|  |  |
|---|---|
| LUIS BURGOS-CINTRON, | HON. JOSEPH H. RODRIGUEZ, S.U.S.D.J. |
| Plaintiffs, | |
| v. | Civ. Action No. 09-04470 |
| AUGUSTUS NYEKAN, JR., Individually and in his office capacity as a Trooper in the New Jersey Division of State Police, et al. | NOTICE OF MOTION FOR SUMMARY JUDGMENT |
| Defendants. | |

TO:   CLERK OF THE COURT
      United States District Court
      Mitchell H. Cohen U.S. Courthouse
      1 John F. Gerry Plaza
      PO Box 850
      Camden, NJ 08101

Matthew B. Weisberg Esq.
Prochniak Weisberg, P.C.
7 South Morton Avenue
Morton, PA 19070

PLEASE TAKE NOTICE that on a date and time to be set by the Court, the undersigned, Paula T. Dow, Attorney General of New Jersey, by Vincent J. Rizzo, Jr., Deputy Attorney General, on behalf of defendants, State of New Jersey and the New Jersey Division of State Police , shall move for Summary Judgment, before the Honorable Joseph H. Rodriguez, S.U.S.D.J., in the United States District Courthouse, Camden, New Jersey, for an Order for Summary Judgment in favor of these defendants.

PLEASE TAKE NOTICE that the undersigned will rely upon the attached brief and exhibits.

A proposed form of order is attached hereto.

```
                        PAULA T. DOW
                        ATTORNEY GENERAL OF NEW JERSEY
                        Attorney for Defendants


                    By: s/ Vincent J. Rizzo, Jr.
                        Vincent J. Rizzo, Jr.
                        Deputy Attorney General
```

Dated: January 7, 2011