# State of New Jersey

| | | |
|---|---|---|
| CHRIS CHRISTIE<br>Governor | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO BOX 112<br>TRENTON, NJ 08625-0112 | PAULA T. DOW<br>Attorney General |
| KIM GUADAGNO<br>Lt. Governor | | ROBERT M. HANNA<br>Director |

June 27, 2011

The Honorable Joseph H. Rodriguez, U.S.D.J.
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza, Room 6060
P.O. Box 886
Camden, NJ 08101

       Re:  Luis Burgos-Cintron v. Augustus Nyekan, et al
            <u>Civil Action No.: 09-4470 (JHR-KMW)</u>

Dear Judge Rodriguez:

    I represent the defendants in the above referenced matter. Pending before the Court at this time is a motion for summary judgment filed on behalf of all defendants. On May 26, 2011, plaintiff filed his opposition to that motion, pursuant to an Order of the Court, extending plaintiff's time to do so. Relying upon the customary practice prescribed by the Federal Rules, the reply brief of the defendants would be due seven days after May 26.

    However, during the past thirty days, I have had to take off considerable time because of medical problems experienced by myself and my wife. She was recently discovered to have a hole in her heart and, because of the nature of the problem and her reaction to the news, we visited another cardiologist for a second opinion and I took off work to be with her. As for me, I underwent two separate MRIs in the month of June because of pain I was experiencing in my neck and lower back and was diagnosed as having a number of herniated discs in both locations. I have already consulted with a surgeon relative to the MRI for the cervical condition and will be seeing an orthopaedic surgeon on July 6 for the lumbar problem. I have also lost work relative to examinations I had to undergo at the VA hospital in East Orange for a service connected disability application. The cumulative effect of dealing



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 292-8582 • FAX: (609) 777-3607
New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable

June 27, 2011
Page 2

with all these medical issues has been a delay in attending to my regular workload.

    Accordingly, I am requesting that the Court allow me to file a reply to the plaintiff's opposition on or before July 11, 2011. I have requested the consent of plaintiff's counsel to do so and he has graciously granted it.

    I wish to thank the Court for its consideration of this request and will make myself available at the Court's convenience should there be any questions.

                            Respectfully submitted,

                            PAULA T. DOW
                            ATTORNEY GENERAL OF NEW JERSEY

                    By:   */s/Vincent J. Rizzo, Jr.*
                            Vincent J. Rizzo, Jr.
                            Deputy Attorney General

VJR/vm
c: Matthew B. Weisberg, Esquire (via regular mail)